# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

DANIEL LITTLEPAGE,

    Petitioner,   :  Case No. 1:16-cv-1005

 - vs -         District Judge Michael R. Barrett
             Magistrate Judge Michael R. Merz

WARDEN, Chillicothe
 Correctional Institution,
             :
    Respondent.

## ORDER DENYING STAY

  This habeas corpus action is pending before District Judge Barrett for decision on the merits on the Magistrate Judge's Report and Recommendations and Supplemental Report and Recommendations (ECF Nos. 24 & 29). Petitioner has now moved to stay this case pending exhaustion of an appeal pending in the First District Court of Appeals in its Case No. C-180524 (ECF No. 32, PageID 1368).

  The Motion to Stay is DENIED on the same basis as Petitioner's prior Motion to Stay, to wit, that the Respondent has not raised a lack of exhaustion defense (See ECF No. 29, PageID 1290).

October 10, 2018.

                      s/ *Michael R. Merz*
                     United States Magistrate Judge